|   |   |
|---|---|
| 1 | THOMAS P. O'BRIEN (SB# 166369) |
|   | thomasobrien@paulhastings.com |
| 2 | KATHERINE F. MURRAY (SB# 211987) |
|   | katherinemurray@paulhastings.com |
| 3 | NICHOLAS BEGAKIS (SB# 253588) |
|   | nickbegakis@paulhastings.com |
| 4 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 515 South Flower Street |
| 5 | Twenty-Fifth Floor |
|   | Los Angeles, CA  90071-2228 |
| 6 | Telephone:  (213) 683-6000 |
|   | Facsimile:  (213) 627-0705 |
| 7 |   |
|   | Attorneys for Defendants |
| 8 | HIS HIGHNESS SHEIKH KHALIFA BIN ZAYED AL NAHYAN; HIS HIGHNESS SHEIKH MOHAMED BIN ZAYED AL NAHYAN; and |
| 9 | GENERAL SAEED HILAL ABDULLAH AL DARMAKI |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KHALED AL HASSEN, | CASE NO. CV 09-1106-DMG (FMOx) |
|---|---|
| Plaintiff, |   |
| vs. |   |
| SHEIKH KHALIFA BIN ZAYED AL NAHYAN, an individual; SHEIKH MOHAMED BIN ZAYED AL NAHYAN, an individual; GENERAL SAEED HILAL ABDULLAH AL DARMAKI, an individual; and DOES 1 to 10, inclusive, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: July 12, 2010<br>Time: 9:30 a.m.<br>Courtroom: 7<br><br>[Memorandum of Points and Authorities in Support Thereof; Request for Judicial Notice; and Declaration of Dr. Faraj Abdullah Ahnish filed and served concurrently herewith] |
| Defendants. |   |

LEGAL_US_W # 64673763.1

NOTICE OF MOTION AND MOTION TO DISMISS

TO PLAINTIFF KHALED AL HASSEN ("PLAINTIFF") AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 12, 2010 at 9:30 A.M., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Dolly M. Gee, United States District Judge for the Central District of California, Courtroom 7, 312 N. Spring Street, Los Angeles, California, Defendants His Highness Sheikh Khalifa Bin Zayed Al Nahyan, His Highness Sheikh Mohamed Bin Zayed Al Nahyan and General Saeed Hilal Abdullah Al Darmaki (collectively "Defendants") will, and hereby do, move this Court, pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(4), and 12(b)(6) of the Federal Rules of Civil Procedure, as well as on the grounds that Plaintiff's claims are non-justiciable and forum non conveniens, to dismiss all of the claims asserted in Plaintiff's Complaint ("Complaint").

1.  Pursuant to Rule 12(b)(2), all claims against Defendants should be dismissed because this Court does not have personal jurisdiction over them. *See Helicopteros Nacionales de Colombia, S.A. v. Hall*, 466 U.S. 408, 414-415 (1984) ("substantial, continuous and systematic" contacts with the forum state are required to exercise jurisdiction).

2.  Pursuant to Rule 12(b)(2), all claims against His Highness Sheikh Khalifa Bin Zayed Al Nahyan and His Highness Sheikh Mohamed Bin Zayed Al Nahyan should be dismissed because this Court lacks personal jurisdiction over them as they are absolutely immune from suit as recognized heads of state. *Matar v. Dichter*, 500 F. Supp. 2d 284, 290 (S.D.N.Y. 2007).

3.  Pursuant to Rule 12(b)(1), all claims against Defendants should be dismissed on the grounds that this Court lacks subject matter jurisdiction because Defendants are immune from suit under the Foreign Sovereign Immunities Act. *See Export Group v. Reef Indus.*, 54 F.3d 1466 (9th Cir. 1995) (foreign states and

1  their instrumentalities and agents are presumptively immune from U.S.
2  jurisdiction).

3     4.  Pursuant to Rule 12(b)(6), all of Plaintiff's claims should be dismissed
4  because Plaintiff's claims are barred by the applicable statutes of limitations.  28
5  U.S.C. §1350, note 2(c) (ten year statute of limitations governing Torture Victims
6  Protection Act ("TVPA")); Cal Civ. Proc. Code §340(3), amended by Cal. Civ.
7  Proc Code § 335.1 (one year statute of limitations for assault, battery and false
8  imprisonment); *Eisenberg v. Ins. Co. of N. Am.*, 815 F.2d 1285 (9th Cir. 1987 (one
9  year statute of limitations for intentional infliction of emotional distress); *Milla v.
10 Tamayo*, 187 Cal. App. 3d 1453, 1460 (1986) (one year statute of limitations for
11 civil conspiracy).

12    5.  Pursuant to Rules 12(b)(6) and 12(b)(1), Plaintiff's TVPA claims
13 should be dismissed because Plaintiff has not exhausted his remedies in the United
14 Arab Emirates.  28 U.S.C. § 1350, note 2(b).

15    6.  Pursuant to Rule 12(b)(4), all of Plaintiff's claims should be dismissed
16 because the Defendants were not properly served.  *Nabulsi v. Al Nahyan*, No. H-06-
17 2683, 2009 U.S. Dist. LEXIS 49661 at *32 (S.D. Tex. June 12, 2009).

18    7.  Pursuant to Rules 12(b)(6), 12(b)(1) Plaintiff's claims should be
19 dismissed on the grounds that Plaintiff's claims are non-justiciable because the Act
20 of State Doctrine applies.  *Banco Nacional de Cuba v. Sabbatino*, 376 U.S. 398, 84
21 S. Ct. 923, 11 L. Ed. 2d 804 (1964).

22    8.  All of Plaintiff's claims should be dismissed on the grounds of forum
23 non conveniens because this matter would be more appropriately heard in the
24 United Arab Emirates.  *Creative Tech. Ltd. v. Aztech Sys. PTE, Ltd.*, 61 F.3d 696,
25 703 (9th Cir. 1995).

26
27
28

1           This Motion is made following the conferences of counsel pursuant to Local Rule 7-3 which commenced on April 7, 2010.

        This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice, and the Declaration of Dr. Faraj Abdullah Ahnish filed and served concurrently herewith, along with the pleadings, records and files in this action, those matters of which this Court may take judicial notice, and on such further evidence and argument as may be presented prior to or at the time of the hearing.

DATED: May 14, 2010      THOMAS P. O'BRIEN
　　　　　　　　　　　　　　　　　　　KATHERINE F. MURRAY
　　　　　　　　　　　　　　　　　　　NICHOLAS BEGAKIS
　　　　　　　　　　　　　　　　　　　PAUL, HASTINGS, JANOFSKY & WALKER LLP

　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　THOMAS P. O'BRIEN

　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　Sheikh Khalifa Bin Zayed Al Nahyan, Sheikh Mohamed Bin Zayed Al Nahyan, and General Saeed Hilal Abdullah Al Darmaki