1  THOMAS P. O'BRIEN (SB# 166369)
   thomasobrien@paulhastings.com
2  KATHERINE MURRAY (SB# 211987)
   katherinemurray@paulhastings.com
3  NICHOLAS BEGAKIS (SB# 253588)
   nickbegakis@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
6  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
7
   Attorneys for Defendants
8  His Highness Sheikh Khalifa Bin Zayed Al Nahyan, His Highness Sheikh
   Mohamed Bin Zayed Al Nahyan, and General Saeed Hilal Abdullah Al Darmaki
9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

| 13 | Khaled Al Hassen, | CASE NO.:  09-CV-01106-DMG (FMOX) |
|---|---|---|
| 14 | Plaintiff, | |
| 15 | vs. | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT |
| 16 | SHEIKH KHALIFA BIN ZAYED AL NAHYAN, an individual; SHEIKH MOHAMED BIN ZAYED AL NAHYAN, an individual; GENERAL SAEED HILAL ABDULLAH AL DARMAKI, an individual; and DOES 1 to 10, inclusive, | Date: July 12, 2010 Time: 9:30 a.m. Courtroom:   7 |
| 17 | | |
| 18 | | [Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in Support Thereof; and Declaration of Dr. Faraj Abdullah Ahnish filed and served concurrently herewith] |
| 19 | | |
| 20 | Defendants. | |

                                    DEFENDANTS' REQUEST FOR JUDICIAL
                                    NOTICE IN SUPP. OF MOT. TO DISMISS

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants His Highness Sheikh Khalifa Bin Zayed Al Nahyan, His Highness Sheikh Mohamed Bin Zayed Al Nahyan, and General Saeed Hilal Abdullah Al Darmaki (collectively, "Defendants") respectfully request that the Court take judicial notice of the document listed below in connection with Defendants' Motion to Dismiss Plaintiff's Complaint.

| | |
|---|---|
| Ex. A | Printout from the website of the U.S. Department of State entitled "Bureau of Near Eastern Affairs, Background Note: United Arab Emirates (June 22, 2007)," located at http://www.state.gov/r/pa/ei/bgn/5444.htm and visited on May 13, 2010. |

The Court may take judicial notice of the U.S. Department of State's Background Note entitled "Bureau of Near Eastern Affairs, Background Note: United Arab Emirates (June 22, 2007)," because the report's authenticity is capable of ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b).

Courts have routinely held that information available on official government websites is appropriate for judicial notice. *See AtPac, Inc. v. Aptitude Solutions, Inc.*, No. CIV. 2:10-294, 2010 U.S. Dist. LEXIS 42109, at *8 (E.D. Cal. 2010) (holding that judicial notice of a copy of the U.S. Copyright Office's web page is appropriate, because the record is generated by an official government website such that its accuracy is not unreasonably in dispute); *Denius v. Dunlap*, 330 F.3d 919, 926-27 (7th Cir. 2003) (finding that judicial notice is appropriate for information available on an official government website concerning the type of record keeping performed by that agency). Furthermore, courts also have taken judicial notice of conditions documented in the U.S. State Department's Background Notes. See *United States v. Hasanzadeh*, 271 F.3d 574, 581 n.2 (4th Cir. 2001) (taking judicial notice of the U.S. Department of State Background Note on Iran).

//
//
//
//
//
//
//
//

Moreover, the Court can take judicial notice of this document without converting Defendants' Motion to Dismiss into a summary judgment motion. "While the general rule in this circuit, as in others, is that a district court may not grant a motion to dismiss which has been converted into a summary judgment motion without furnishing all parties an opportunity to supplement the record, that rule does not pertain when the additional facts considered by the court are contained in materials of which the court may take judicial notice." *Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994).  Accordingly because this document can be easily authenticated and its accuracy cannot be questioned, Defendants request that the Court take judicial notice of the document referenced above.

DATED:  May 14, 2010

THOMAS P. O'BRIEN
KATHERINE MURRAY
NICHOLAS BEGAKIS
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:          /s/
      THOMAS P. O'BRIEN
Attorneys for Defendants
His Highness Sheikh Khalifa Bin Zayed Al Nahyan, His Highness Sheikh Mohamed Bin Zayed Al Nahyan, and General Saeed Hilal Abdullah Al Darmaki

# EXHIBIT "A"

# U.S. DEPARTMENT OF STATE
### DIPLOMACY IN ACTION

Home » Under Secretary for Public Diplomacy and Public Affairs » Bureau of Public Affairs » Bureau of Public Affairs: Electronic Information and Publications Office » Background Notes » United Arab Emirates

**On this page:**
Profile
People
History
Government
Political Conditions
Economy
Defense
Foreign Relations
U.S. Relations
Travel/Business
Background Notes A-Z

June 22, 2007 | Bureau of Near Eastern Affairs

## Background Note: United Arab Emirates

**Official Name: United Arab Emirates**



A trading dhow passes a taxi boat on the creek waters in Dubai, United Arab Emirates, May 24, 2007. [© AP Images]

Subscribe to Updates

**PROFILE**

**Geography**
Area: 82,880 sq. km. (30,000 sq. mi.); about the size of Maine.
Cities (2002 est.): *Capital*--Abu Dhabi (pop. 1,000,000); Dubai (pop. 860,000).
Terrain: Largely desert with some agricultural areas.
Climate: Hot, humid, low annual rainfall.

**People**
Nationality: *Noun and adjective*--U.A.E., Emirati.
Population (2007 est.): 4.4 million.
Population growth rate (2007 est.): 4.0%.
Ethnic groups: Indian, Pakistani, Bangladeshi, Egyptian, Jordanian, Iranian, Filipino, other Arab; (15-20% of residents are U.A.E. citizens).
Religions: Muslim (96%), Hindu, Christian.
Languages: Arabic (official), English, Hindi, Urdu, Persian.
Education: *Years compulsory*--ages 6-12. *Literacy* (U.A.E. citizens)--about 80%.
Health: *Life expectancy*--about 76 yrs.
Work force (2006) 2.968 million (93% foreign in 15-64 age group): *Agriculture*--2.3%; *industry*--61.9%; *services*--35.8%.

**Government**
Type: Federation of emirates.
Independence: December 2, 1971.
Provisional constitution: December 2, 1971.
Branches: *Executive*--7-member Supreme Council of Rulers, which elects president and vice president. *Legislative*--40-member Federal National Council (consultative only). *Judicial*--Islamic and secular courts.
Administrative subdivisions: Seven largely self-governing city-states.
Political parties: None.
Suffrage: State-nominated electors chose half of the Federal National Council seats in 2006.
Central government budget (2006): $7 billion.

**Economy**
GDP (2006 est.): $163 billion.
Annual growth rate (2006 est.): 9.7%.
Per capita GDP (2006 est.): $37,000.
Inflation rate (2006 est.): 10-13%.
Natural resources: Oil and natural gas.
Agriculture (2005 est., 2.0% of GDP): *Products*--vegetables, dates, dairy products, poultry, fish.
Petroleum (2005 est.): 36%.
Manufacturing (2005 est.): 13%.
Services (44% of 2003 GDP): Trade, government, real estate.
Trade (2006 est.): *Exports*--$157 billion: petroleum, gas, and petroleum products. *Major markets*--Japan, South Korea, Thailand, India. *Imports*--$126.6 billion: machinery, chemicals, food. *Major suppliers*--Western Europe, Japan, U.S., China, India.
Foreign economic aid (2004): In excess of $5.25 billion.

**PEOPLE**
Only 15-20% of the total population of 4.4 million is U.A.E. citizens. The rest include significant numbers of other Arabs--Palestinians, Egyptians, Jordanians, Yemenis, Omanis-- as well as many Indians, Pakistanis, Bangladeshis, Iranians, Afghans, Filipinos, and west Europeans.

The majority of U.A.E. citizens are Sunni Muslims with a very small Shi'a minority. Many foreigners also are Muslim, although Hindus and Christians make up a portion of the U.A.E.'s foreign population.

Educational standards among U.A.E. citizens population are rising rapidly. Citizens and temporary residents have taken advantage of facilities throughout the country. The UAE University in Al Ain had roughly 17,000 students in 2004. The Higher Colleges of Technology, a network of technical-vocational colleges, opened in 1989 with men's and women's campuses in each emirate. Zayed University for women opened in 1998 with campuses in Abu Dhabi and Dubai. Zayed University will establish separate male campuses for the 2007-2008 academic year. American University Sharjah had over 4,500 students enrolled in 2007. Many foreign universities, including ones from the U.S., U.K., and Australia, also have campuses in the U.A.E.

**HISTORY**
The U.A.E. was formed from the group of tribally organized Arabian Peninsula Sheikhdoms along the southern coast of the Persian Gulf and the northwestern coast of the Gulf of Oman. This area was converted to Islam in the Seventh century; for centuries it was embroiled in dynastic disputes. It became known as the Pirate Coast as raiders based there harassed foreign shipping, although both European and Arab navies patrolled the area from the 17th century into the 19th century. Early British expeditions to protect the India trade from raiders at Ras al-Khaimah led to campaigns against that headquarters and other harbors along the coast in 1819. The next year, a general peace treaty was signed to which all the principal sheikhs of the coast adhered. Raids continued intermittently until 1835, when the sheikhs agreed not to engage in hostilities at sea. In 1853, they signed a treaty with the United Kingdom, under which the sheikhs (the "Trucial Sheikhdoms") agreed to a "perpetual maritime truce." It was enforced by the United Kingdom, and disputes among sheikhs were referred to the British for settlement.

Primarily in reaction to the ambitions of other European countries, the United Kingdom and the Trucial Sheikhdoms established closer bonds in an 1892 treaty, similar to treaties entered into by the U.K. with other Gulf principalities. The sheikhs agreed not to dispose of any territory except to the United Kingdom and not to enter into relationships with any foreign government other than the United Kingdom without its consent. In return, the British promised to protect the Trucial Coast from all aggression by sea and to help out in case of land attack.

In 1955, the United Kingdom sided with Abu Dhabi in the latter's dispute with Saudi Arabia over the Buraimi Oasis and other territory to the south. A 1974 agreement between Abu Dhabi and Saudi Arabia would have settled the Abu Dhabi-Saudi border dispute; however, the

agreement has yet to be ratified by the U.A.E. Government. The border with Oman also remains officially unsettled, but the two governments agreed to delineate the border in May 1999. Since that time, the U.A.E. has constructed a border fence along the entire length with both Oman and Saudi Arabia. The new fence and checkpoints will likely be finished by 2008-2009.

In 1968, the U.K. announced its decision, reaffirmed in March 1971, to end the treaty relationships with the seven Trucial Sheikhdoms which had been, together with Bahrain and Qatar, under British protection. The nine attempted to form a union of Arab emirates, but by mid-1971 they were unable to agree on terms of union, even though the termination date of the British treaty relationship was the end of 1971. Bahrain became independent in August and Qatar in September 1971. When the British-Trucial Sheikhdoms treaty expired on December 1, 1971, they became fully independent. On December 2, 1971, six of them entered into a union called the United Arab Emirates. The seventh, Ras al-Khaimah, joined in early 1972.

The U.A.E. sent forces to help liberate Kuwait during the 1990-91 Gulf War. U.A.E. troops have also participated in peacekeeping missions to Somalia, Lebanon, Bosnia, Albania, Kosovo, and Kuwait.

In 2004, the U.A.E.'s first and only president until that time, Sheikh Zayed bin Sultan Al Nahyan, died. His eldest son Khalifa bin Zayed Al Nahyan succeeded him as Ruler of Abu Dhabi. In accordance with the Constitution, the U.A.E.'s Supreme Council of Rulers elected Khalifa bin Zayed Al Nahyan as U.A.E. Federal President. Mohammed bin Zayed al Nahyan succeeded Khalifa as Crown Prince of Abu Dhabi. In January 2006, Sheikh Makotum bin Rashid Al Maktoum, U.A.E. Vice President and Prime Minister and Ruler of Dubai, passed away and was replaced by his brother, Sheikh Mohammed bin Rashid Al Maktoum (MbR), Ruler of Dubai and U.A.E. Minister of Defense. On February 9, 2006, the U.A.E. announced a cabinet reshuffle. Several ministries were eliminated or renamed, while others were created.

## GOVERNMENT

Administratively, the U.A.E. is a loose federation of seven emirates, each with its own ruler. The pace at which local government in each emirate evolves from traditional to modern is set primarily by the ruler. Under the provisional constitution of 1971, each emirate reserves considerable powers, including control over mineral rights (notably oil and gas) and revenues. In this milieu, federal powers have developed slowly. The constitution established the positions of President (Chief of State) and Vice President, each serving 5-year terms; a Council of Ministers, led by a Prime Minister (head of government); a supreme council of rulers; and a 40-member Federal National Council (FNC). The FNC is a consultative body with half its members appointed by the emirate rulers and half elected.

### Principal Government Officials
President, Ruler of Abu Dhabi--Sheikh Khalifa bin Zayed Al Nahyan
Vice President, Prime Minister, Minister of Defense, Ruler of Dubai--Sheikh Mohammed bin Rashid Al Maktoum
Deputy Prime Minister--Sheikh Sultan bin Zayed al Nahyan
Deputy Prime Minister--Sheikh Hamdan bin Zayed al Nahyan
Deputy Supreme Commander of the Armed Forces, Abu Dhabi Crown Prince--Sheikh Mohammed bin Zayed Al Nahyan
Minister of Culture, Youth and Community Development--Abdul Rahman Mohammed Al Owais
Minister of Economy--Sheikha Lubna Al Qasimi
Minister of Education--Dr. Hanif Hassan
Minister of Energy--Mohammed bin Dha'en Al Hamili
Minister of Environment and Water--Dr. Mohammed Saeed Al Kindi
Minister of Federal National Council Affairs--Dr. Anwar Mohammed Gargash
Minister of Finance and Industry--Sheikh Hamdan bin Rashid Al Maktoum
Minister of Foreign Affairs--Sheikh Abdullah bin Zayed Al Nahyan
Minister of Governmental Sector Development--Sultan Al Mansouri
Minister of Health--Humaid Mohammed Al Qatami
Minister of Higher Education--Sheikh Nahyan bin Mubarak Al Nahyan

Minister of Interior--Major Gen. Sheikh Saif bin Zayed Al Nahyan
Minister of Justice--Mohammed Nakhira Al Daheri
Minister of Labor--Dr. Ali bin Abdullah Al Kaabi
Minister of Presidential Affairs--Sheikh Mansour bin Zayed Al Nahyan
Minister of Public Works--Sheikh amdan bin Mubarak Al Nahyan
Minister of Social Affairs--Mariam Mohammed Khalfan Al Roumi
Minister of State for Cabinet Affairs--Mohammad Abdullah Gergawi
Minister of State for Financial and Industrial Affairs--Dr. Mohammed Khalfan Bin Kharbash
Minister of State for Foreign Affairs--Mohammed Hussain Al Sha'ali

Ambassador to the United States--Saqr Ghobash
Ambassador to the United Nations--Abd al-Aziz Bin Nasir al-Shamsi

The U.A.E. maintains an embassy in the United States at 3522 International Court, NW, Washington, DC, 20008 (tel. 202-243-2400). The U.A.E. Mission to the UN is located at 747 3rd Avenue, 36th Floor, New York, NY 10017 (tel. 212-371-0480).

## POLITICAL CONDITIONS

The relative political and financial influence of each emirate is reflected in the allocation of positions in the federal government. The ruler of Abu Dhabi, whose emirate is the U.A.E.'s major oil producer, is president of the U.A.E. The ruler of Dubai, which is the U.A.E.'s commercial center, is vice president and prime minister.

Since achieving independence in 1971, the U.A.E. has worked to strengthen its federal institutions. Nonetheless, each emirate still retains substantial autonomy, and progress toward greater federal integration has slowed in recent years. A basic concept in the U.A.E. Government's development as a federal system is that a significant percentage of each emirate's revenues should be devoted to the U.A.E. central budget.

The U.A.E. has no political parties. The rulers hold power on the basis of their dynastic position and their legitimacy in a system of tribal consensus. Rapid modernization, enormous strides in education, and the influx of a large foreign population have changed the face of the society. In December 2006, the U.A.E. held its first-ever limited elections to select half the members of the FNC. Ballots were cast by electors selected by the emir of each emirate. One woman was elected to the FNC and seven additional women were appointed to be council members.

## DEFENSE

The Trucial Oman Scouts, long the symbol of public order on the coast and commanded by British officers, were turned over to the U.A.E. as its defense forces in 1971. The U.A.E. armed forces, consisting of 48,800 troops, are headquartered in Abu Dhabi and are primarily responsible for the defense of the seven emirates.

Although small in number, the U.A.E. armed forces are equipped with some of the most modern weapon systems, purchased from a variety of outside countries. The military has been reducing the number of foreign nationals in its ranks, and its officer corps is composed almost entirely of U.A.E. nationals. The U.A.E. air force has about 4,000 personnel. The Air Force has advanced U.S. F-16 BLOCK 60 multi-role fighter aircraft. Other equipment includes French Mirage 2000-9 fighters, British Hawk trainer aircraft, 36 transport aircraft and U.S. Apache and French Puma helicopters. The Air Defense Force is linked into a joint air defense system with the other six Gulf Cooperation Council (GCC) nations aimed at protecting the airspace of the allied states. The U.A.E. Navy is small--about 2,500 personnel--and maintains 12 well-equipped coastal patrol boats and 8 missile boats. Although primarily concerned with coastal defense, the Navy is constructing a six-unit class of blue water corvettes in conjunction with French shipbuilder CMN. The U.A.E.'s Land Forces are equipped with several hundred French LeClerc tanks and a similar number of Russian BMP-3 armored fighting vehicles. The U.A.E. Special Operations Command (SOC) is a small but effective force centered on the counter-terrorism mission within the country. SOC is well-financed, trained, and equipped and is capable of executing its mission with a level of expertise equal to, or above, the rest of the GCC.

The U.A.E. contributes to the continued security and stability of the Gulf and the Straits of Hormuz. It is a leading partner in the campaign against global terrorism, providing assistance in the military, diplomatic, and financial arenas since September 11, 2001

ECONOMY
Prior to the first exports of oil in 1962, the U.A.E. economy was dominated by pearl production, fishing, agriculture, and herding. Since the rise of oil prices in 1973, however, petroleum has dominated the economy, accounting for most of its export earnings and providing significant opportunities for investment. The U.A.E. has huge proven oil reserves, estimated at 98.8 billion barrels in 2003, with gas reserves estimated at (212 trillion cubic feet); at present production rates, these supplies would last well over 150 years. In 2006, the U.A.E. produced about 2.8 million barrels of oil per day.

Major increases in imports occurred in manufactured goods, machinery, and transportation equipment, which together accounted for 70% of total imports. Another important foreign exchange earner, the Abu Dhabi Investment Authority--which controls the investments of Abu Dhabi, the wealthiest emirate--manages an estimated $600 billion in overseas investments.

More than 6,000 companies from more than 120 countries operate at the Jebel Ali complex in Dubai, which includes a deep-water port and a free trade zone for manufacturing and distribution in which all goods for re-export or transshipment enjoy a 100% duty exemption. A major power plant with associated water desalination units, an aluminum smelter, and a steel fabrication unit are prominent facilities near the complex.

Except in the free trade zone, the U.A.E. requires at least 51% local citizen ownership in all businesses operating in the country as part of its attempt to place Emiratis into leadership positions.

As a member of the Gulf Cooperation Council (GCC), the U.A.E. participates in a wide range of GCC activities that focus on economic issues. These include regular consultations and development of common policies covering trade, investment, banking and finance, transportation, telecommunications, and other technical areas, including protection of intellectual property rights.

FOREIGN RELATIONS
The U.A.E. is a member of the United Nations and the Arab League and has established diplomatic relations with more than 60 countries, including the U.S., Japan, Russia, the People's Republic of China, and most western European countries. It has played a moderate role in the Organization of Petroleum Exporting Countries, the Organization of Arab Petroleum Exporting Countries, the United Nations, and the GCC.

Substantial development assistance has increased the U.A.E.'s stature among recipient states. Most of this foreign aid (in excess of $15 billion) has been to Arab and Muslim countries.

Following Iraq's 1990 invasion and attempted annexation of Kuwait, the U.A.E. has sought to rely on the GCC, the United States, and other Western allies for its security. The U.A.E. believes that the Arab League needs to be restructured to become a viable institution and would like to increase strength and interoperability of the GCC defense forces.

In 2007, the U.A.E. pledged and delivered $300 million to Lebanon, and was the first country to fulfill its pledge. The U.A.E. has provided significant monetary and material support to the Iraqi Government, including a pledge of $215 million in economic and reconstruction assistance, and has also provided substantial aid to Afghanistan and the Palestinian Authority.

The U.A.E. is a member of the following international organizations: UN and several of its specialized agencies (ICAO, ILO, UPU, WHO, WIPO); World Bank, International Monetary Fund (IMF), Arab League, Organization of the Islamic Conference, Organization of Petroleum Exporting Countries, Organization of Arab Petroleum Exporting Countries, and the Non-Aligned Movement.

## U.S.-U.A.E. RELATIONS

The United States has enjoyed friendly relations with the U.A.E. since 1971. Private commercial ties, especially in petroleum, have developed into friendly government-to-government ties which include security assistance. The breadth, depth, and quality of U.S.-U.A.E. relations increased dramatically as a result of the U.S.-led coalition's campaign to end the Iraqi occupation of Kuwait. In 2002, the U.S. and the U.A.E. launched a strategic partnership dialogue covering virtually every aspect of the relationship. The U.A.E. has been a key partner in the War on Terror. U.A.E. ports host more U.S. Navy ships than any port outside the U.S. The United States was the third country to establish formal diplomatic relations with the U.A.E. and has had an ambassador resident in the U.A.E. since 1974.

**Principal U.S. Officials**
Ambassador--Michele J. Sison
Deputy Chief of Mission--Martin Quinn
Political Officer--Al Magleby
Economic Officer--Oliver John
Consular Officer--Robert Dolce
Public Affairs Officer--Steven Pike
Management Officer--Stewart Devine
Commercial Officer--Christian Reed

U.S. Embassy mailing address--PO Box 4009, Abu Dhabi; tel: (971) (2) 414-2200, PAO (971) (2) 414-2410; fax: (971)(2) 414-2603; Commercial Office: (971)(2) 414-2304; fax: (971)(2) 414-2228; Consul General in Dubai--Paul Sutphin; PO Box 9343; tel: (971) (4) 311-6000; fax: (971)(4) 311-6166, Commercial Office: (971)(4) 311-6149).

## TRAVEL AND BUSINESS INFORMATION

The U.S. Department of State's Consular Information Program advises Americans traveling and residing abroad through Country Specific Information, Travel Alerts, and Travel Warnings. **Country Specific Information** exists for all countries and includes information on entry and exit requirements, currency regulations, health conditions, safety and security, crime, political disturbances, and the addresses of the U.S. embassies and consulates abroad. **Travel Alerts** are issued to disseminate information quickly about terrorist threats and other relatively short-term conditions overseas that pose significant risks to the security of American travelers. **Travel Warnings** are issued when the State Department recommends that Americans avoid travel to a certain country because the situation is dangerous or unstable.

For the latest security information, Americans living and traveling abroad should regularly monitor the Department's Bureau of Consular Affairs Internet web site at http://www.travel.state.gov, where the current **Worldwide Caution**, **Travel Alerts**, and **Travel Warnings** can be found. **Consular Affairs Publications**, which contain information on obtaining passports and planning a safe trip abroad, are also available at http://www.travel.state.gov. For additional information on international travel, see http://www.usa.gov/Citizen/Topics/Travel/International.shtml.

The Department of State encourages all U.S. citizens traveling or residing abroad to register via the State Department's travel registration website or at the nearest U.S. embassy or consulate abroad. Registration will make your presence and whereabouts known in case it is necessary to contact you in an emergency and will enable you to receive up-to-date information on security conditions.

Emergency information concerning Americans traveling abroad may be obtained by calling 1-888-407-4747 toll free in the U.S. and Canada or the regular toll line 1-202-501-4444 for callers outside the U.S. and Canada.

The **National Passport Information Center** (NPIC) is the U.S. Department of State's single, centralized public contact center for U.S. passport information. Telephone: 1-877-4-USA-PPT (1-877-487-2778); TDD/TTY: 1-888-874-7793. Passport information is available 24 hours, 7 days a week. You may speak with a representative Monday-Friday, 8 a.m. to 10 p.m., Eastern Time, excluding federal holidays.

Travelers can check the latest health information with the U.S. Centers for Disease Control and Prevention in Atlanta, Georgia. A hotline at 800-CDC-INFO (800-232-4636) and a web site at http://wwwn.cdc.gov/travel/default.aspx give the most recent health advisories, immunization recommendations or requirements, and advice on food and drinking water safety for regions and countries. The CDC publication "Health Information for International Travel" can be found at http://wwwn.cdc.gov/travel/contentYellowBook.aspx.

**Further Electronic Information**
**Department of State Web Site.** Available on the Internet at http://www.state.gov, the Department of State web site provides timely, global access to official U.S. foreign policy information, including Background Notes and daily press briefings along with the directory of key officers of Foreign Service posts and more. The Overseas Security Advisory Council (OSAC) provides security information and regional news that impact U.S. companies working abroad through its website http://www.osac.gov

Export.gov provides a portal to all export-related assistance and market information offered by the federal government and provides trade leads, free export counseling, help with the export process, and more.

STAT-USA/Internet, a service of the U.S. Department of Commerce, provides authoritative economic, business, and international trade information from the Federal government. The site includes current and historical trade-related releases, international market research, trade opportunities, and country analysis and provides access to the National Trade Data Bank.

Back to Top

The Office of Electronic Information, Bureau of Public Affairs, manages this site as a portal for information from the U.S. State Department. External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein