ROGER W. CLARK, ESQ. (#108982)
Email: rclark@cgold.cc
ROBERT D. GOLDBERG, ESQ. (#137356)
Email: rgoldberg@cgold.cc
**CLARK, GOLDBERG & MADRUGA**
11400 W. Olympic Boulevard, Suite 1150
Los Angeles, California 90064
Telephone: (310) 478-0077
Facsimile: (310) 478-0099

Attorneys for Plaintiff, **KHALED AL HASSEN**

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| KHALED AL HASSEN,<br><br>Plaintiff,<br><br>vs.<br><br>SHEIKH KHALIFA BIN ZAYED AL NAHYAN, an individual; SHEIKH MOHAMED BIN ZAYED AL NAHYAN, an individual; GENERAL SAEED HILAL ABDULLAH AL DARMAKI, an individual; and DOES 1 to 10, inclusive,<br><br>Defendant(s) | CASE NO.: 09-CV-01106-DMG (FMOx)<br><br>**REQUEST FOR JUDICIAL NOTICE OF PLAINTIFF KHALED AL HASSEN IN OPPOSITION TO MOTION TO DISMISS**<br><br>[Memorandum of Points and Authorities in Opposition to Motion to Dismiss; Declaration of Khaled Al Hassen; Declaration of Nadia Hassen and Declaration of Robert D. Goldberg filed under separate cover]<br><br>Date: July 12, 2010<br>Time: 9:30 a.m.<br>Courtroom: 7<br>Honorable Dolly M. Gee |

1

TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Plaintiff KHALED AL HASSEN ("Plaintiff") requests that the court take judicial notice of the attached documents as further described herein pursuant to Federal Rules of Evidence, Rule 201. A true and correct copy of the documents and their source is attached. Plaintiff submits that the relevant facts are either generally known in the community or capable of accurate and ready determination, or otherwise represent admissions against interest of defendants, or are official documents maintained in the ordinary course of business of the United States Government.

1. Unclassified Document released by the United States State Department on or about April 20, 2006 with "confidential" information excised from the record. The document with the date "JUL 84" re correspondence "FM" the U.S. Embassy in Abu Dhabi and "TO" the United States Secretary of State in Washington, D.C., states:

"1. ACCORDING TO ABU DHABI CENTRAL POLICE FILES, THERE IS NO KHALED AL-HASSEN CURRENTLY DETAINED IN THE UAE. 2. AFTER REPEATED EFFORTS, EMBASSY WAS ABLE TO SPEAK TO [EXCISED], WHO INFORMED US THAT

> KHALED AL-HASSEN DEPARTED UAE IN MARCH 84. MR. HASSEN IS ALLEGEDLY IN SAUDI ARABIA ON BUSINESS FOR ITC AND AT SOME UNDERTIMED TIME WILL RETURN TO ABU DHABI. [EXCISED] STATED THAT HE BELIEVED HASSEN WAS A USCIT BUT COULD PROVIDE NO PPT NUMBER FROM ITX FILES. LUMSDEN"

2. Unclassified Document released by the United States State Department on or about April 20, 2006 with "confidential" information excised from the record. The document with the date "JUL 84" re correspondence "FM" the U.S. Embassy in Abu Dhabi and "TO" the United States Secretary of State in Washington, D.C., states among other things:

> "2. "AS A RESULT OF CONSULAR AND [EXCISED] INQUIRIES, SUBJECT CASE IS ESCALATING RAPIDLY AMONG UAEG CONCERNS. FOLLOWING INFORMATION HAS NOW EMERGED: (A) [EXCISED] WAS EITHER UNINFORMED OR UNTRUTHFUL WHEN HE TOLD US AL-HASSAN WAS NOT DETAINED HERE, BUT HAD LEFT FOR SAUDI

3

ARABIA IN MARCH: (B) ABU DHABI OFFICIALS HAVE BEEN TRUTHFUL IN ADVISING US THAT AL-HASSEN IS NEITHER CHARGED BY POLICE NOR HELD BY THEM IN PRISON SYSTEM HERE; (C) HOWEVER, SPECIAL STATE SECURITY ARM WHICH CLAIMS EVEN IT HAS NO JURISDICTION OVER AL-HASSAN [SIC] ADMITS LATTER DOES REMAIN DETAINED IN ABU DHABI UNDER PERSONAL SUPERVISION OF "HIGHEST LEVELS" OF GOVERNMENT.... 3. AS RESULT OF ABOVE, AMBASSADOR IS CONTACTING ROYAL FAMILY, WILL EXPLAIN IMPLICATIONS OF DETENTION OF U.S. CITIZEN, AND WILL SEEK EARLIEST CONSULAR ACCESS...."

3. Unclassified Document released by the United States State Department on or about April 20, 2006 with "confidential" information excised from the record. The document with the date "AUG 84" re correspondence "FM" United States Secretary of State in Washington, D.C. and "TO" the U.S. Embassy in Abu Dhabi, states among other things:

"DEPARTMENT REALIZES THAT GOVERNMENT OF UNITED ARAB EMIRATES CONSIDERS THIS TO BE A SENSATIVE CASE AND APPRECIATES THE DIFFICULTIES THIS PRESENTS FOR POST. NEVERTHELESS IT HAS BEEN TWO WEEKS SINCE POST REQUESTED ACCESS (SEVEN MONTHS SINCE AL-HASSEN WAS DETAINED). UAE IS A SIGNATORY TO THE 1963 VIENNA CONVENTION ON CONSULAR RELATIONS. DEPARTMENT CONSIDERS IT IMPORTANT THAT POST REMIND UAEG, DAILY IF NECESSARY' [SIC] OF ARTICLE THIRTY-SIX OF THIS CONVENTION. PLEASE ADVISE. DAM"

4. Unclassified Document released by the United States State Department on or about April 20, 2006 with "confidential" information excised from the record. The document with the date "AUG 84" re correspondence "FM" the U.S. Embassy in Abu Dhabi and "TO" the United States Secretary of State in Washington, D.C., states among other things:

//

5

"1. CONOFF'S VISIT TO KHALED AL-HASSAN [SIC] WAS AGAIN POSTPONED, THIS TIME WITHOUT EVEN A PRETEXT OF AN EXPLANATION. CONOFF CALLED RELEVANT UAE OFFICIAL EVERY HALF HOUR FOR FOUR HOURS TO 'REMIND' HIM OF 'PROMISE' THAT VISIT WOULD TAKE PLACE TODAY, AUG. 28.

2. CONOFF REQUESTED PERMISSION TO AT LEAST SPEAK TO AL HASSAN [SIC] BY TELEPHONE, BUT WAS PUT OFF, 'PENDING PERMISSION' FROM UNKNOWN UAE AUTHORITY.

3. EFFORTS WILL BE RENEWED TOMORROW MORNING AND CONTINUED UNTIL ACCESS IS GRANTED."

5. Unclassified Document released by the United States State Department on or about April 20, 2006 with "confidential" information excised from the record. The document with the date "SEP 84" re correspondence "FM" the U.S. Embassy in Abu Dhabi and "TO" the United States Secretary of State in Washington, D.C., states among other things:

"1.   TO DATE, POST HAS BEEN UNABLE TO GAIN ACCESS TO KHALED AL-HASSEN IN SPITE OF DAILY CALLS TO HIGH-LEVEL UAE OFFICIALS...."

6. Unclassified Document released by the United States State Department on or about April 20, 2006 with "confidential" information excised from the record. The document with the date "OCT 84" re correspondence "FM" the U.S. Embassy in Abu Dhabi and "TO" the United States Secretary of State in Washington, D.C., states among other things:

"1.   CONFIDENTIAL – ENTIRE TEXT.

2.   SUMMARY: IT MAY BE IMPOSSIBLE TO MAKE REGULAR VISITS TO KHALID AL HASSAN [SIC], BUT EMBASSY HAS RECEIVED ASSURANCE OF MAIL DELIVERY. END SUMMARY.

3.   AFTER ATTEMPTS BY CONOFF TO SEE AMCIT KHALID AL HASSAN [SIC] A SECOND TIME WERE SHARPLY REBUFFED LAST WEEK,...

4.   [EXCISED] FLATLY REFUSED TO BROKER FURTHER VISITS. IN MANNER AND STATEMENT, HE REMAINED THE FRIEND OF THE EMBASSY, BUT

HE WAS UNYIELDING TO VARIOUS SUGGESTIONS FOR FURTHER CALLS. DCM NOTED SUCH VISITS WERE COMMONPLACE, EVEN FOR PERSONS CONVICTED OF HEINOUS CRIMES LIKE MURDER OR RAPE, AND REFLECTTED OBLIGATION OF A COUNTRY LIKE U.S. FOR ITS CITIZENS NO MATTER WHERE THEY WERE OR WHAT THEY HAD DONE. EMBASSY, UNDER VIENNA CONVENTION, HAD TO CONTINUE TO ASK UAE TO LET US SEE IMPRISONED AMERICAN. VISITS DID NOT CONSTITUTE INTERVENTION IN COURSE OF UAE JUSTICE....

5.  [EXCISED] SAID CASE WAS NOT REPEAT "NOT AN ORDINARY ONE," AND AL HASSAN [SIC] HAD COMMITTED A 'VERY SERIOUS CRIME' WHICH AFFECTED 'THE SOVEREIGNTY OF THE STATE.' INITIAL VISIT HAD BEEN ARRANGED AS A PERSONAL GESTURE TO THE EMBASSY AND THE U.S. WITH WHOM UAEG HAD BEST OF RELATIONS. IT COULD NOT BE REPEATED."

7.      Unclassified Document released by the United States State Department on or about April 20, 2006 with "confidential" information excised from the record. The document with the date "MAY 85" re correspondence "FM" United States Secretary of State in Washington, D.C., and "TO" the U.S. Embassy in Abu Dhabi, states among other things:

> "CONG. TORRES ASKED THAT THE FOLLOWING MESSAGE BE TRANSMITTED BY THE EMBASSADOR TO THE CROWN PRINCE:
> QUOTE THE OBSERVANCE OF RAMADAN IS BEING CELEBRATED BY THE ISLAMIC WORLD. AT THIS TIME OF FASTING AND MERCIFUL FORGIVENESS, I WOULD REQUEST THAT THE HEAD OF STATE, CROWN PRINCE SHEIKH KHALIFA BIN ZAYED ALNAHYAN, RELEASE MR. KHALED ALHASSEN, A UNITED STATES CITIZEN, TO HIS COUNTRY AND FAMILY. RESPECTFULLY YOURS, ESTEBAN E. TORRES, MEMBER OF CONGRESS UNQUOTE. SHULTZ"

8. Unclassified Document released by the United States State Department on or about April 20, 2006 with "confidential" information excised from the record. The document with the date "JUNE 85" re correspondence "FM" the U.S. Embassy in Abu Dhabi and "TO" the United States Secretary of State in Washington, D.C., states among other things:

"1. SUMMARY: THERE HAS BEEN ABSOLUTELY NO MOVEMENT ON EMBASSY'S REQUEST FOR ANOTHER VISIT TO DETAINEE. SECURITY POLICE ALLEGE OUR REQUEST HAS BEEN FORWARDED TO "HEADQUARTERS" WHICH PRESUMABLY REFERS TO SHEIKH KHALIFA'S OFFICEN [SIC] BUT NO ANSWER HAS BEEN FORTHCOMING...."

2. THERE HAS BEEN ABSOLUTELY NO MOVEMENT ON EMBASSY REQUEST FOR ANOTHER VISIT TO KHALED AL HASSEN IN SPITE OF CONTINUAL CALLS TO SECURITY POLICY AND [EXCISED]...."

//

//

9. Unclassified Document released by the United States State Department on or about April 20, 2006 with "confidential" information excised from the record. The document with the date "AUG 85" re correspondence "FM" United States Secretary of State in Washington, D.C., and "TO" the U.S. Embassy in Abu Dhabi, states among other things:

> "4. DEPT HAS INFORMED CONG. TORRES'S [sic] OFFICE OF AMBASSADOR'S PENDING REQUEST FOR ANOTHER APPOINTMENT WITH SHEIK KHALIFA TO REITERATE OUR CONCERN THAT MR. AL HASSEN BE EITHER CHARGED OR RELEASED AND TO REQEUST FURTHER CONSULAR ACCESS."

10. Letter from the United States Department of State dated December 11, 2007 responding to letters of September 23, 2005 and January 6, 2006 requesting release of records maintained by the Department of State.

11. The 2009 Human Rights Report of the United States Department of State obtained from the official website of the United States Department of State.

//

//

12. UPI.com Report dated January 11, 2010 entitled, "International News UAE sheik acquitted in torture trial." The news report was obtained from the official UPI website.

13. National Public Radio ("NPR") article entitled, "THE 9-11 COMMISSION Judging the Impact: A Post 9-11 America" dated July 16, 2004 obtained from the official website of NPR.

14. American Association of Port Authorities ("AAPA) News Release dated September 1, 2006 entitled, "Five Years after 9/11 Attacks: U.S. Ports More Secure Than Ever; Progress Must Continue  AAPA Cites Advances In guarding America's Seaports Against Terrorism" obtained from the official website of AAPA.

15. Document entitled, "National Commission on Terrorist Attacks Upon the United States" also known as the "9-11 Report" obtained from official United States government website, "Executive Summary" and Chapters 12 entitled, "What to Do? A Global Strategy" and 13 entitled, "How to Do It?  A Different Way of Organizing the Government."

//

//

16. Document entitled, "Department of Homeland Security: Progress in Implementing 9/11 Commission Recommendations" dated July 22, 2009 obtained from the official government website of the Department of Homeland Security.

DATED: June 28, 2010                    CLARK, GOLDBERG & MADRUGA


By: */s/Robert D. Goldberg*
ROGER W. CLARK
ROBERT D. GOLDBERG
Attorneys for Plaintiff
**KHALED AL HASSEN**

F:\WORK\06-1739\MOTIONS\DISMISS-OPPOSITION\REQUEST JUD NOTICE.002.DOC

**PROOF OF SERVICE - by *Electronic Filing and Service Pursuant To General Rule Order 08-02***

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is that of Clark, Goldberg & Madruga located at 11400 W. Olympic Boulevard, Suite 1150, Los Angeles, California 90064.

I hereby certify that on June 28, 2010, a copy of the following document was filed electronically and served on the parties identified below: **REQUEST FOR JUDICIAL NOTICE OF PLAINTIFF KHALED AL HASSEN IN OPPOSITION TO MOTION TO DISMISS.**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__X__ **As Indicated on the attached Service List, by Electronic Filing and Service Pursuant to General Rule Order 08-02:** I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to General Rule Order 08-02 of the above-titled Court, upon the counsel on service the list.

## ***SEE ATTACHED SERVICE LIST***

____ **(BY MAIL)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary court of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on  June 28, 2010  at Los Angeles, California.

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

JUANA GUEVARA
Type or Print Name                    Signature

**SERVICE LIST**
*Khaled Al Hassen vs. Sheikh Khalifa Bin Zayed Al Nahyan, et. al.*
THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
Case Number: CV 09-1106-DMG (FMOx)

| | |
|---|---|
| Thomas P. O'Brien<br>Nicholas Begakis<br>**PAUL, HASTING,**<br>**JANOFSKY & WALKER**<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, CA 90071-228<br>Tel.: (213) 683-6000<br>Fax.: (213) 627-0705<br>Email:thomasobrien@paulhastings.com | Attorneys for Defendants<br>**HIS HIGHNESS SHEIKH**<br>**KHALIFA BIN ZAYED AL**<br>**NAHYAN; HIS HIGHNESS**<br>**SHEIKH MOHAMED BIND**<br>**ZAYED AL NAHYAN; and**<br>**GENERAL SAEED HILAL**<br>**ABDULLAH AL DARMAKI** |