UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 09-1106-DMG(FMOx) |
| Date | AUGUST 30, 2010 |
| Title | KHALED AL HASSEN V. SHEIKH KHALIFA BIN ZAYED AL NAHYAN, ET AL. |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert D. Goldberg | Thomas P. O'Brien |
| Roger W. Clark | |

**Proceedings:**   HEARING ON DEFENDANTS' MOTION TO DISMISS (filed 5-14-10) [27]

The case is called and counsel state their appearance.  The Court expresses its intention to dismiss Defendant Sheikh Khalifa Bin Zayed Al Nahyan and invites counsel to present oral argument as to other issues.

Following oral argument, the Court advises counsel that the motion is taken under submission and a written order will issue.

__: 27