UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 09-01106 DMG (FMOx)** | Date | February 28, 2011 |
|---|---|---|---|

| Title | *Khaled Al Hassen v. Sheikh Khalifa Bin Zayed Al Nahyan, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE COURT'S MARCH 3, 2011 ORDER SHOULD NOT BE VACATED AND SERVICE UPON DEFENDANT SHEIKH MOHAMED QUASHED**

On February 24, 2011, the United States filed a Statement of Interest. The Government takes the position that service on Defendant Sheikh Mohamed Bin Zayed Al Nahyan ("Defendant Sheikh Mohamed") through the United Arab Emirates Ambassador and military attaché was improper and inconsistent with obligations of the United States under the Vienna Convention on Diplomatic Relations. The Government requests that the Court vacate its March 3, 2011 Order re Plaintiff's Motion for Service of Process by Alternative Methods [Doc. #19] and invalidate service upon Defendant Sheikh Mohamed.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the Court should not grant the relief requested by the Government. Plaintiff shall file his response on or before **March 14, 2011**. Plaintiff should address both the merits of the Government's position and, in the event the Court grants the relief requested, whether he intends to serve Defendant Sheikh Mohamed by alternative means. If the Government wishes to file a reply brief, it should do so on or before **March 28, 2011**.

**IT IS SO ORDERED.**