JUDSON O. LITTLETON (TX Bar. 24065635)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20530
Tel: (202) 305-8714  Fax: (202) 616-8470
Judson.O.Littleton@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Khaled Al Hassen

Plaintiff(s)

v.

Sheikh Khalifa Bin Zayed Al Nahyan, et al.

Defendant(s).

CASE NUMBER

2:09-CV-1106-DMG

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

The United States  ☐ Plaintiff  ☐ Defendant  ☑ Other  Movant
*Name of Party*

hereby request the Court approve the substitution of Judson O. Littleton
*New Attorney*

as attorney of record in place and stead of  Eric J. Beane
*Present Attorney*

Dated  June 13, 2011                    /s/ Judson O. Littleton
                                        *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  June 13, 2011                    /s/ Eric J. Beane / JOL
                                        *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  June 13, 2011                    /s/ Judson O. Littleton
                                        *Signature of New Attorney*
                                        TX 24065635
                                        *State Bar Number*

If party requesting to appear Pro Se:

Dated  _____                  _____
                                        *Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (**G-01** ORDER) ALONG WITH THIS REQUEST.

G–01 (03/06)           **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**